AUSA: Louis F. Meizlish Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Agent: Marcel S. Mikulec Telephone: (313) 220-0069

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Tito Castro Garcia (a/k/a Tito Castro-Garcia, Tito Castrogarcia, Tito Castro, and Victor Hernandez-Garcia)

Case No. 26-mj-30703

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 27, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_______________________
*Complainant's signature*

Marcel S. Mikulec, Deportation Officer - ICE-ERO
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_______________________
*Judge's signature*

Date: November 5, 2026

City and state: Detroit, MI

Hon. Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

# Affidavit in Support of a Criminal Complaint

I, Marcel S. Mikulec, declare the following under penalty of perjury:

1. I am a deportation officer employed in the Detroit Field Office of Enforcement and Removal Operations, Immigration and Customs Enforcement, which is an agency of the U.S. Department of Homeland Security. I have been employed with ICE since November 2008 and have been a deportation officer since September 2015. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law-enforcement databases. I have also reviewed relevant immigration records relating to Tito Castro Garcia (a/k/a Tito Castro-Garcia, Tito Castrogarcia, Tito Castro, and Victor Hernandez-Garcia), which reveal the following.

2. Castro Garcia is a 62-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the Department of Homeland Security.

3. On or about August 23, 2001, immigration authorities encountered Castro Garcia in Los Angeles near the local airport, and a database check revealed he applied for admission with a counterfeit

ADIT (Alien Documentation, Identification, and Telecommunication) stamp on his Form I-94 Arrival/Departure Record, the document U.S. immigration officials issue to record a noncitizen's admission to, or parole into, the United States.

4. On or about August 23, 2001, immigration officers processed Castro Garcia for expedited removal. Immigration authorities removed him from the United States the next day via the Los Angeles airport.

5. On or about December 6, 2010, the San Bernardino County, Calif., Sheriff's Office arrested Castro Garcia for traffic violations and for failing to appear in court.

6. On or about February 15, 2011, San Bernardino deputies again arrested Castro Garcia for traffic violations.

7. On or about March 4, 2011, authorities removed Castro Garcia from the United States via the San Ysidro, Calif., port of departure.

8. On or about June 5, 2011, U.S. Border Patrol agents encountered Castro Garcia at or near Calexico, Calif., and processed him as a voluntary return.

9. On or about August 27, 2011, Border Patrol agents encountered Castro Garcia at or near Topawa, Ariz. Authorities removed him to Mexico four days later via the Nogales, Ariz., port of entry.

10. On or about October 5, 2011, CBP officers encountered Castro Garcia at the San Ysidro port of entry when he applied for admission.

11. Government officials determined Castro Garcia was inadmissible. Authorities removed him on or about October 6, 2011, via the San Ysidro port of departure.

12. On or about October 18, 2011, Border Patrol agents encountered Castro Garcia at or near Arizona City, Ariz. On or about October 22, 2011, agents removed Castro Garcia via the Del Rio, Texas, port of entry.

13. On or about October 27, 2026, ICE/ERO officers stopped a vehicle Castro Garcia was driving in or near Detroit, in the Eastern District of Michigan, and took Castro Garcia into custody.

14. ICE officers captured Castro Garcia's fingerprints and photograph and entered them into the Automated Biometric

Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Castro Garcia is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that Castro Garcia legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

15. The aforementioned arrest and subsequent detention were administrative, non-criminal actions made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8 of the U.S. Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16. Review of Castro Garcia's alien file and queries in Department of Homeland Security databases confirm no record exists of Castro Garcia obtaining the express permission from the attorney general or the secretary of homeland security to re-apply for admission to the United States following his removal on October 22, 2011.

17. Based on the above information, there is probable cause to conclude that Castro Garcia is an alien who was found in the United States after removal.

Marcel S. Mikulec, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge